Hayden TERRELL, Appellant, v. STATE of Texas, Appellee.

No. 20807.

Court of Criminal Appeals of Texas.

Nov. 1, 1939.

Gray & Pope, of Tyler, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

GRAVES, Judge.

The conviction is for driving an automobile upon a public highway while under the influence of intoxicating liquor; penalty assessed at confinement in the penitentiary for one year.

Since his appeal was perfected, the appellant has filed a written request, verified by his affidavit, asking the privilege of withdrawing his appeal. The request is granted and the appeal ordered dismissed.

Z. G. TUCKER, Appellant, v. STATE of Texas, Appellee.

No. 20808.

Court of Criminal Appeals of Texas.

Nov. 1, 1939.

Gray & Pope, of Tyler, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

GRAVES, Judge.

Upon appellant's plea of guilty of the offense of theft, and the waiver of a trial by jury, the court assessed his penalty at five years in the penitentiary.

Since his appeal was perfected, the appellant has filed a written request, verified by his affidavit, asking the privilege of withdrawing his appeal. The request is granted and the appeal ordered dismissed.

Jesse HOOPER, Appellant, v. L. W. WOMACK et al., Appellees.

No. 3532.

Court of Civil Appeals of Texas. Beaumont.

Oct. 5, 1939.

Davis, Avery & Wallace, of Center, for appellant.

Sanders & McLeroy, of Center, for appellees.

COMBS, Justice.

This suit for $286 originated in the County Court of Shelby County. We have examined the record and find no reversible error. The judgment of the trial court is affirmed without written opinion. See Texas & N. O. R. Co. v. Futch, Tex. Civ.App., 127 S.W.2d 1040.

Judgment affirmed.

STANDARD INVESTMENT COMPANY, Appellant, v. R. T. NUTT, Appellee.

No. 3533.

Court of Civil Appeals of Texas. Beaumont.

Oct. 26, 1939.

Rehearing Denied Nov. 8, 1939.

H. B. Houston, of Dallas, and Sanders & McLeroy, of Center, for appellant.

E. B. Lewis and C. E. Avery, both of Center, for appellee.

WALKER, Chief Justice.

This appeal was prosecuted from the judgment of the county court of Shelby county, overruling appellant's plea of privilege to be sued in Dallas county.

The briefs show no error. The judgment of the lower court is affirmed without written opinion. Texas & N. O. R. Co. v. Futch, Tex.Civ.App., 127 S.W.2d 1040.